UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

                                              NO. CIV. S-10-0012 LKK/CMK

        Plaintiff,

   v.

                                              O R D E R

COUNTY OF TRINITY, LINDA
WRIGHT, LAURIE SUMNER,
ELIZABETH HAMILTON, and
DOES 1 through 50, inclusive,

        Defendants.

                            /

    Plaintiff in this case brings claims relating to former employment with defendant County of Trinity. The County, together with the three individual defendants, has filed a motion to dismiss noticed for hearing on February 8, 2010. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on January 25, 2010. Plaintiff has not filed an opposition or statement of non-opposition.

    Based on the above, the court ORDERS as follows:

    1.    Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

1

1   writing why sanctions should not issue in accordance
2   with Local Rule 110, including a fine of $150 and/or
3   dismissal of this case. See also Fed. R. Civ. P. 41(b),
4   Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel
5   shall file a response to this order to show cause no
6   later than February 8, 2010.
7   2.  Hearing on defendants' motion to dismiss (Dkt. No. 8) is
8       CONTINUED to February 22, 2010 at 10:00 a.m.
9   3.  Plaintiff shall file and serve her opposition or
10      statement of non-opposition on or before February 8,
11      2010. Defendants may file and serve a reply no later
12      than February 16, 2010.
13  IT IS SO ORDERED.
14  DATED: January 28, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT