ERIC OMSTEAD, State Bar No. 125435
1135 Pine Street, Suite 215
Redding, California 96001-0750
Telephone: (530) 247-0585
Facsimile: (530) 247-1849

Attorney for Plaintiff
BARBARA WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WEBB, | Case No. 10-CV-00012-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION TO RESCHEDULE HEARING DATE FOR MOTION TO DISMISS; ORDER** |
| COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive, | **Current hearing date: February 8, 2010**<br>**Current hearing time: 10:00 a.m.**<br>**Courtroom: 4**<br>**Judge: Hon. Lawrence K. Karlton** |
| Defendants. | |

The parties to this litigation, by and through their attorneys of record, stipulate to the following in support of a request for an order rescheduling the hearing on the defendants' motion to dismiss:

1. The hearing on the defendants' motion to dismiss currently is set for February 22, 2010, in Courtroom 4, with the plaintiff's opposition due by February 8, 2010, and the defendants' reply due by February 16, 2010.

2. With decision in the State Personnel Board hearing having just become final in the last few days, the parties would benefit from some time to discuss the possibility of settlement before additional attorneys' fees are spent briefing the motion to dismiss, preparing for the hearing, and attending the hearing. Defense counsel will be meeting with representatives of the County of Trinity

PDF created with pdfFactory trial version www.pdffactory.com

1  regarding this matter during the week of February 8, 2010, and the parties will not be in a position to
2  engage in meaningful settlement discussions until after this meeting.

3      3. The parties ask that the hearing on the defendants' motion to dismiss be moved to March
4  8, 2010, at 10:00 a.m. in Courtroom 4, with the plaintiff's opposition or statement of non-opposition
5  and the defendants' reply due to be filed and served in accordance with Local Rule 230(c) with
6  reference to the March 8, 2010, hearing date.

                       LAW OFFICE OF ERIC OMSTEAD

                        /s/ Eric Omstead

Dated: January 29, 2010             _____
                                    ERIC OMSTEAD
                                    Attorney for Plaintiff, BARBARA WEBB

                       ANGELO, KILDAY & KILDUFF

                        /s/ Carolee G. Kilduff

Dated: January 29, 2010             _____
                                    CAROLEE G. KILDUFF
                                   Attorney for Defendants
                                   COUNTY OF TRINITY, LINDA WRIGHT,
                                   LAURIE SUMNER, and ELIZABETH
                                   HAMILTON

## **ORDER**

     Good cause appearing from this stipulation, IT IS HEREBY ORDERED that,

     The defendants' motion to dismiss will be heard on March 8, 2010, at 10:00 a.m., in Courtroom 4, with the plaintiff's opposition or statement of non-opposition and the defendants' reply due to be filed and served in accordance with Local Rule 230(c) with reference to the March 8, 2010, hearing date.

Dated: February 1, 2010

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com