UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

        NO. CIV. S-10-0012 LKK/CMK

    Plaintiff,

  v.

        O R D E R

COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive,

    Defendants.
_____/

On January 28, 2010, this court ordered counsel for plaintiff to show cause why sanctions should not issue for counsel's failure to file an opposition to the motion to dismiss pending in the above-captioned matter. Counsel has filed a response. Good cause having been shown, the court finds that no sanction is appropriate.

IT IS SO ORDERED.

DATED: February 2, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT