1  CAROLEE G. KILDUFF, ESQ., SB No. 107232
2  JOHN A. WHITESIDES, ESQ., SB No. 125611
   **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendants,
7  COUNTY OF TRINITY, LINDA WRIGHT,
   LAURIE SUMNER and ELIZABETH HAMILTON
8

9                       **UNITED STATES DISTRICT COURT**

10                      **EASTERN DISTRICT OF CALIFORNIA**

11

| BARBARA WEBB, | ) Case No.: 10-CV-00012-LKK-CMK |
|---|---|
|  Plaintiff, | ) |
|  vs. | ) **STIPULATION TO RESCHEDULE** |
|  | ) **HEARING DATE FOR DEFENDANTS'** |
|  | ) **MOTION TO DISMISS; ORDER** |
| COUNTY OF TRINITY, LINDA WRIGHT, | ) |
| LAURIE SUMNER, ELIZABETH | ) **Date:  March 8, 2010** |
| HAMILTON, and DOES 1 through 50, | ) **Time:  10:00 a.m.** |
| inclusive, | ) **Courtroom: 4** |
|  | ) **Honorable: Lawrence K. Karlton** |
|  Defendants. | ) |

    IT IS STIPULATED by and between the parties hereto through their respective counsel that the motion to dismiss by Defendants COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, and ELIZABETH HAMILTON, presently on calendar on March 8, 2010, be continued to April 19, 2010.  The parties are in the process of setting up a mediation in order to attempt resolution of all existing disputes between them and would like additional time to attempt settlement before filing opposition and reply briefs.  They are also exploring the possibility of stipulating to the filing of a Second Amended Complaint which would result in the motion being dropped.

-1-
STIPULATION TO RESCHEDULE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS;
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: February 22, 2010 | ANGELO, KILDAY & KILDUFF |
| | */s/ Carolee G. Kilduff*<br>By:_____<br>CAROLEE G. KILDUFF<br>JOHN A. WHITESIDES<br>Attorneys for Defendants<br>COUNTY OF TRINITY,<br>LINDA WRIGHT, LAURIE SUMNER,<br>and ELIZABETH HAMILTON |
| Dated: February 22, 2010 | LAW OFFICE OF ERIC OMSTEAD |
| | */s/ Eric Omstead*<br>By:_____<br>ERIC OMSTEAD<br>Attorneys for Plaintiff<br>BARBARA WEBB |

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, Defendants' Motion to Dismiss is continued to April 19, 2010 at 10:00 a.m.

DATED: February 22, 2010

00034807

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com