1  CAROLEE G. KILDUFF, ESQ., SB No. 107232
2  JOHN A. WHITESIDES, ESQ., SB No. 125611
   **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendants,
7  COUNTY OF TRINITY, LINDA WRIGHT,
   LAURIE SUMNER and ELIZABETH HAMILTON
8

9                    **UNITED STATES DISTRICT COURT**
10
                     **EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| BARBARA WEBB, | Case No.: 10-CV-00012-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION TO RESCHEDULE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS; ORDER** |
| COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive, | **Date:  March 8, 2010**<br>**Time:  10:00 a.m.**<br>**Courtroom: 4**<br>**Honorable: Lawrence K. Karlton** |
| Defendants. | |

IT IS STIPULATED by and between the parties hereto through their respective counsel that the motion to dismiss by Defendants COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, and ELIZABETH HAMILTON, presently on calendar on March 8, 2010, be continued to April 19, 2010.  The parties are in the process of setting up a mediation in order to attempt resolution of all existing disputes between them and would like additional time to attempt settlement before filing opposition and reply briefs.  They are also exploring the possibility of stipulating to the filing of a Second Amended Complaint which would result in the motion being dropped.

-1-
STIPULATION TO RESCHEDULE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS;
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 22, 2010          ANGELO, KILDAY & KILDUFF

                                  */s/ Carolee G. Kilduff*
                                  By:_____
                                  CAROLEE G. KILDUFF
                                  JOHN A. WHITESIDES
                                  Attorneys for Defendants
                                  COUNTY OF TRINITY,
                                  LINDA WRIGHT, LAURIE SUMNER,
                                  and ELIZABETH HAMILTON


Dated: February 22, 2010          LAW OFFICE OF ERIC OMSTEAD

                                  */s/ Eric Omstead*
                                  By:_____
                                  ERIC OMSTEAD
                                  Attorneys for Plaintiff
                                  BARBARA WEBB

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, Defendants' Motion to Dismiss is continued to April 19, 2010 at 10:00 a.m.

DATED: February 22, 2010

00034807

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com