UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

          Plaintiff,

    v.

COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive,

          Defendants.

_____/

NO. CIV. S-10-0012 LKK/CMK

O R D E R

This case is currently scheduled for a status conference on Monday, March 8, 2010, at 2:30 p.m. Both parties' status reports request that the court continue the status conference for 60-90 days to allow parties to complete settlement discussions. Accordingly, the court VACATES the status conference. The conference is rescheduled for June 7, 2010 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: March 4, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1