ERIC OMSTEAD, State Bar No. 125435
1135 Pine Street, Suite 215
Redding, California  96001-0750
Telephone: (530) 247-0585
Facsimile: (530) 247-1849

Attorney for Plaintiff
BARBARA WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WEBB,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 10-CV-00012-LKK-CMK<br><br>**STIPULATION TO RESCHEDULE HEARING DATE FOR MOTION TO DISMISS; ORDER**<br><br>Current hearing date: April 19, 2010<br>Current hearing time: 10:00 a.m.<br>**Courtroom: 4**<br>**Judge: Hon. Lawrence K. Karlton** |

　　　　The parties to this litigation, by and through their attorneys of record, stipulate to the following in support of a request for an order rescheduling the hearing on the defendants' motion to dismiss:

　　　　1. The hearing on the defendants' motion to dismiss currently is set for April 19, 2010, in Courtroom 4, with the plaintiff's opposition due by April 5, 2010, and the defendants' reply due by April 12, 2010.

　　　　2. The parties participated in private mediation that went a long way towards resolving their disputes, and are continuing negotiations with the assistance of the mediator.  The parties would benefit from additional time to discuss the possibility of settlement before additional attorneys' fees are spent briefing the motion to dismiss, preparing for the hearing, and attending the hearing.

1

PDF created with pdfFactory trial version www.pdffactory.com

**1**  3. The parties ask that the hearing on the defendants' motion to dismiss be moved to May 24, 2010, at 10:00 a.m. in Courtroom 4, with the plaintiff's opposition or statement of non-opposition and the defendants' reply due to be filed and served in accordance with Local Rule 230(c) with reference to the May 24, 2010, hearing date.

LAW OFFICE OF ERIC OMSTEAD

/s/ Eric Omstead

Dated: April 2, 2010

_____
ERIC OMSTEAD
Attorney for Plaintiff, BARBARA WEBB

ANGELO, KILDAY & KILDUFF

/s/ Carolee G. Kilduff

Dated: April 2, 2010

_____
CAROLEE G. KILDUFF
Attorney for Defendants
COUNTY OF TRINITY, LINDA WRIGHT,
LAURIE SUMNER, and ELIZABETH
HAMILTON

## **ORDER**

Good cause appearing from this stipulation, IT IS HEREBY ORDERED that,

The defendants' motion to dismiss will be heard on May 24, at 10:00 a.m., in Courtroom 4, with the plaintiff's opposition or statement of non-opposition and the defendants' reply due to be filed and served in accordance with Local Rule 230(c) with reference to the May 24, 2010, hearing date.

Dated: April 5, 2010

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com