CAROLEE G. KILDUFF, ESQ., SB No. 107232
JOHN A. WHITESIDES, ESQ., SB No. 125611
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
COUNTY OF TRINITY, LINDA WRIGHT,
LAURIE SUMNER and ELIZABETH HAMILTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WEBB, | Case No.: 10-CV-00012-LKK-CMK |
| Plaintiff, | **STIPULATION TO GRANT DEFENDANTS' MOTION TO DISMISS AND FILING OF SECOND AMENDED COMPLAINT;  ORDER** |
| vs. | |
| COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive, | **Date:  May 24, 2010** <br> **Time:  10:00 a.m.** <br> **Courtroom: 4** |
| Defendants. | **Honorable: Lawrence K. Karlton** |

IT IS STIPULATED by and between the parties hereto through their respective counsel that: (1) the motion to dismiss by Defendants COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, and ELIZABETH HAMILTON, presently on calendar for hearing on May 24, 2010, be granted in full with leave to amend as to all claims for relief; (2) filing and service of Plaintiff's Second Amended Complaint is be due no later than thirty (30) days from service of the Court's Order pursuant to this stipulation; and (3) by virtue of this stipulation, neither side waives any substantive claim or defense with respect to such Second Amended Complaint.

///

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: May 7, 2010 | | ANGELO, KILDAY & KILDUFF |

          */s/ Carolee G. Kilduff*
By:_____
  CAROLEE G. KILDUFF
  JOHN A. WHITESIDES
  Attorneys for Defendants
  COUNTY OF TRINITY,
  LINDA WRIGHT, LAURIE SUMNER,
  and ELIZABETH HAMILTON

Dated: May 7, 2010                          LAW OFFICE OF ERIC OMSTEAD

          */s/ Eric Omstead*
By:_____
  ERIC OMSTEAD
  Attorneys for Plaintiff
  BARBARA WEBB

## ORDER

GOOD CAUSE APPEARING THEREFOR, Defendants' Motion to Dismiss is granted without prejudice as to the First Amended Complaint in its entirety. Plaintiff is granted leave to file and serve a Second Amended Complaint no later than thirty days from service of this Order. The hearing set for May 24, 2010 is vacated.

DATED: May 7, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com