UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

        NO. CIV. S-10-0012 LKK/CMK

    Plaintiff,

  v.

        O R D E R

COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive,

    Defendants.
_____/

    This case is currently scheduled for a status conference on Monday, June 7, 2010 at 2:00 p.m. The parties have requested a continuance because they are currently engaged in settlement discussions. Accordingly, the court VACATES the status conference. The conference is rescheduled for September 7, 2010 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: June 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1