UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

    Plaintiff,

    v.

COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive,

    Defendants.

                             NO. CIV. S-10-0012 LKK/CMK

O R D E R

A status conference was held in chambers on October 25, 2010. After hearing, the court orders as follows:

    1.  A further status conference is set for November 22, 2010 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: October 26, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1