CAROLEE G. KILDUFF, ESQ., SB No. 107232
JOHN A. WHITESIDES, ESQ., SB No. 125611
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
COUNTY OF TRINITY, LINDA WRIGHT,
LAURIE SUMNER and ELIZABETH HAMILTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WEBB, | Case No.: 2:10-CV-00012-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE FURTHER STATUS CONFERENCE** |
| COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive, | DATE:   NOVEMBER 22, 2010<br>TIME:    3:00 p.m.<br>ROOM:  4 |
| Defendants. | |

## STIPULATION

Defendants COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER and ELIZABETH HAMILTON and Plaintiff BARBARA WEBB by and through their respective attorneys of record stipulate to continue the further status conference in the above captioned matter for no less than 30 days, with the court's permission, to be rescheduled at the Court's convenience at a time after 30 days has passed.  The reason is so that the parties can make further attempts to settle the case following receipt of the recent Order on the Defendants' Motion to Dismiss Third Amended Complaint.

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through their respective counsel, that with permission of the Court the further status conference be continued until December 22, 2010 or to a date thereafter that is consistent with the Court's calendar.

Dated:  November 9, 2010                ANGELO, KILDAY & KILDUFF

                                                   /s/ CAROLEE G. KILDUFF
By:_____
   CAROLEE G. KILDUFF
   JOHN A. WHITESIDES
   Attorneys for Defendants
   COUNTY OF TRINITY,
   LINDA WRIGHT, LAURIE SUMNER,
   and ELIZABETH HAMILTON

Dated:  November 8, 2010                LAW OFFICES OF ERIC OMSTEAD

                                                   /s/ Eric Omstead
By:_____
   ERIC OMSTEAD
   Attorney for Plaintiff
   BARBARA WEBB

IT IS SO ORDERED:

The Further Status Conference in this matter is continued to February 7, 2011 at 10:00 a.m.  The parties shall file updated status reports  fourteen (14) days prior to the status conference.

Dated:  November 9, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT