UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

        NO. CIV. S-10-0012 LKK/CMK

        Plaintiff,

    v.

        O R D E R

COUNTY OF TRINITY, LINDA
WRIGHT, LAURIE SUMNER,
ELIZABETH HAMILTON, and
DOES 1 through 50, inclusive,

        Defendants.

_____/

    A status conference was held in chambers on February 7, 2011.
After hearing, the court orders as follows:

    1.   A further status conference is set for February 15, 2011

        at 2:30 p.m.

    IT IS SO ORDERED.

    DATED:  February 8, 2011.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT