UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA WEBB,

        Plaintiff,

    v.

COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive,

        Defendants.

                                         /

NO. Civ.S-10-0012 LKK/CMK

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendants has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2 |     IT IS SO ORDERED.
3 |     DATED:  April 13, 2011.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```