CAROLEE G. KILDUFF, ESQ., SB No. 107232
JOHN A. WHITESIDES, ESQ., SB No. 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
COUNTY OF TRINITY, LINDA WRIGHT,
LAURIE SUMNER and ELIZABETH HAMILTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WEBB, | Case No.: 2:10-CV-00012-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER** |
| COUNTY OF TRINITY, LINDA WRIGHT, LAURIE SUMNER, ELIZABETH HAMILTON, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and among the parties to this action, through their attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(I)(ii), with the parties bearing their own costs and attorneys' fees.

Dated:  May 16, 2011                    LAW OFFICES OF ERIC OMSTEAD

                                          */s/ Eric Omstead*
                                        By:_____
                                          ERIC OMSTEAD
                                          Attorney for Plaintiff, BARBARA
                                          WEBB

---

1
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

{00051863}

| | | |
|---|---|---|
| 1 | Dated: May 16, 2011 | ANGELO, KILDAY & KILDUFF, LLP |

                 */s/ John A. Whitesides*
             By:_____
               CAROLEE G. KILDUFF
               JOHN A. WHITESIDES
               Attorneys for Defendants
               COUNTY OF TRINITY,
               LINDA WRIGHT, LAURIE SUMNER,
               and ELIZABETH HAMILTON

## ORDER

In accordance with the terms of the above stipulation, it is hereby ordered that this action is dismissed with prejudice, each party to bear their own fees and costs.

Dated: May 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT